

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| SHOLOMO DAVID, | § | No. 08-18-00059-CR |
| Appellant, | § | Appeal from the |
| v. | § | 41ST District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20160D05398) |
|  | § | |

# O R D E R

Pending before the Court is Appellant's motion requesting that we order the District Clerk to provide Appellant with a free copy of the appellate record. The clerk's record and reporter's record have been filed with the Eighth Court of Appeals at the expense of El Paso County and at no cost to Appellant. The appellate record has been made available to Appellant's attorney for use in preparation of the Appellant's brief which was filed on March 5, 2019. Appellant is not entitled to his own copy of the appellate record at no expense. Accordingly, the motion is DENIED.

IT IS SO ORDERED this 27th day of March, 2019.


PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.